IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Master Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to Plaintiff(s):

ALLEN LANDER
Civil Case # 1:16-cv-01459-RLY-TAB

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Pursuant to Local Rule 83-7(b), DOUGLASS A. KREIS and the law firm of AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC, move this Court to allow the forementioned to withdraw as counsel of record for the Plaintiff and in support thereof would show:

1. This Motion is filed in good faith, for the reasons set forth herein.

2. AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC and BABBIT & JOHNSON, P.A. ("Babbitt") represents Plaintiff and consistent with the firms' agreement delegating day to day responsibilities, Babbitt has acted as primary counsel responsible for communications with Plaintiff.

3. The undersigned understands that Plaintiff has not responded to Babbitt. In this regard, Babbitt has been unsuccessful in their attempts to locate and contact this claimant at his last known address and phone number. In addition, Babbitt retained Brian Content of Content Investigations in an attempt to locate this claimant. Mr. Contents investigative efforts have included a search of public records and national databases all of which are customarily used by

private investigators to locate individuals. All efforts to locate this claimant have been unsuccessful.

4. In addition to Babbitt's most recent efforts, AWKO last contact with Plaintiff was on April 12, 2017. Multiple phone attempts were made between November 2, 2018, and January 7, 2019, and a Lexis Nexis search on December 27, 2018, revealed no new contact information. AWKO mailed a "Please Contact" letter on December 04, 2018, but was returned as undeliverable. The undersigned understands that Allen Lander has been notified in writing by Babbitt of the opportunity to settle his claim and all correspondence sent to him has not been responded to and has been returned to Babbitt.

5. The undersigned understands that Plaintiff's last known address and contact information is as follows:

Allen Lander 500 Mill Street, Room 518 Reno, NV 89502

(775) 276-7946.

6. This matter is not set for trial.

7. The undersigned has sent a copy of this Motion to Withdraw to this Claimant's last known address, thereby informing him of this Motion to Withdraw. A copy of the Notice of Motion to Withdraw As Counsel is attached as Exhibit A.

WHEREFORE, the undersigned counsel and AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC move this Court for the entry of an Order permitting Douglass A. Kreis and the law firm of AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC to withdraw their appearance as counsel of record in this matter.

Dated: October 09, 2025                Respectfully submitted,

AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC

*/s/ Douglass A. Kreis*
Douglass A. Kreis, FL Atty. No. 129704
17 East Main Street, Suite 200
Pensacola, Florida 32502
Telephone: (850) 202-1010
Facsimile: (850) 916-7449
Email: DKreis@awkolaw.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I do hereby certify that on this 9th day of October, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

*/s/ Douglass A. Kreis*

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Master Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

ALLEN LANDER
Civil Case # 1:16-cv-01459-RLY-TAB

### NOTICE OF MOTION TO WITHDRAW
### AS COUNSEL OF RECORD FOR PLAINTIFF

TO:   Allen Lander
      500 Mill Street, Room 518
      Reno, NV 89502

**YOU ARE HEREBY NOTIFIED** that the undersigned will file the enclosed Motion to Withdraw as Counsel of Record for Plaintiff, before the Honorable Tim A. Baker at 46 E. Ohio Street, Indianapolis, IN 46204, at such future date and time as may be determined by the Court.

**YOU ARE FURTHER NOTIFIED:**

1.   That you may appear in court, if you so desire;

2.   That if the Motion to Withdraw is granted, you should either obtain another attorney or file an appearance with the Court on your own behalf;

3.   That if you do not obtain another attorney or file an appearance on your own behalf, you will not receive notice of court proceedings in the case, and a nonsuit, dismissal and/or default judgment may be rendered against you; and,

4.   That no trial dates are currently set in this case.

Dated: October 09, 2025					Respectfully submitted,

AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC

*/s/ Douglass A. Kreis*
Douglass A. Kreis, FL Atty. No. 129704
17 East Main Street, Suite 200
Pensacola, Florida 32502
Telephone: (850) 202-1010
Facsimile: (850) 916-7449
Email: DKreis@awkolaw.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Master Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

ALLEN LANDER
Civil Case # 1:16-cv-01459-RLY-TAB

### [PROPOSED] ORDER ON MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF

This matter is before the Court on Plaintiff's counsel's Motion to Withdraw as Counsel of Record for Plaintiff in the matter of Case 1:16-cv-1459, entitled Allen Lander v. Cook Medical, Inc., et al. Upon consideration and for good cause, the Motion to Withdraw is GRANTED.

Douglass A. Kreis and the law firm of Aylstock, Witkin, Kreis & Overholtz, PLLC are withdrawn as counsel of record for Plaintiff Allen Lander. Aylstock, Witkin, Kreis & Overholtz, PLLC shall serve a copy of this Order by mail upon Plaintiff Allen Lander at his last known address.

All further notices regarding this case shall be directed to the Plaintiff at:

500 Mill Street, Room 518
Reno, NV 89502.

ORDERED this _____ day of _____, 2025.

_____
Honorable Tim A. Baker
United States Magistrate Judge
Southern District of Indiana