UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: Allen Lander, 1:16-cv-01459 Donna Keeney, 1:16-cv-01956 Rhonda Varner, 1:16-cv-02192 Carmen Abrams, 1:16-cv-02194 _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

## ORDER DISMISSING CASES

The Magistrate Judge recommends these cases be dismissed without prejudice for Plaintiffs' failure to appear at three telephonic status conferences. The court, having reviewed the same, **ACCEPTS** the Magistrate Judge's recommendation (Filing No. 27314). Accordingly, the court **DISMISSES** these cases **WITHOUT PREJUDICE**.

**SO ORDERED** this 27th day of October 2025.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.
Joseph R. Johnson is required to serve Plaintiffs Lander, Keeney, Varner, and Abrams.

1